# Exhibit A



**INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES**
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

October 9, 2019

By email

| | |
|---|---|
| **Masdar Solar & Wind Cooperatief U.A.** | **Kingdom of Spain** |
| c/o | c/o |
| Mr. Simon Roderick | Mr. José Manuel Gutiérrez Delgado |
| Mr. Yacine Francis | Ms. María José Ruiz Sánchez |
| Ms. Marie Stoyanov | Mr. Pablo Elena Abad |
| Ms. Naomi Briercliffe | Mr. Rafael Gil Nievas |
| Mr. Peter Plachy | Mr. Alberto Torró Molés |
| Allen & Overy LLP | Ms. Elena Oñoro Sainz |
| 11th Floor, Burj Daman Building, | Mr. Mariano Rojo Pérez |
| Happiness Street | Ms. Gloria María de la Guardia Limeres |
| Dubai International Financial Centre | Mr. Juan Antonio Quesada |
| Dubai | Ms. Ana María Rodriguez Esquivias |
| United Arab Emirates | Mr. Javier Comerón Herrero |
| | Ms. Eugenia Cediel Bruno |
| | *Abogacía General del Estado* |
| | Ministry of Justice of the Government of Spain |
| | c/ Marqués de la Ensenada, 14-16, 2ª planta |
| | 28004, Madrid |
| | Spain |

**Re: Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain**
(ICSID Case No. ARB/14/1) – Annulment Proceeding

Dear Sirs and Mesdames,

On behalf of the Secretary-General, I am writing to inform you that on October 9, 2019, Mr. Makhdoom Ali Khan submitted his resignation in accordance with ICSID Arbitration Rules 8(2) and 53. A letter from Mr. Khan dated October 9, 2019 is attached.

Pursuant to ICSID Arbitration Rule 11(1), the vacancy resulting from the resignation of Mr. Khan shall be filled by the same method by which his appointment had been made. Accordingly, the Chairman of ICSID's Administrative Council shall make the appointment.

Pursuant to ICSID Arbitration Rule 10(2), the proceeding is hereby suspended until the vacancy has been filled.

Your sincerely,

Paul Jean Le Cannu
Secretary of the *ad hoc* Committee

cc (by email): *ad hoc* Committee

2