# Exhibit A



**INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES**

1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

November 11, 2019

By email

| | |
|---|---|
| **Masdar Solar & Wind Cooperatief U.A.** | **Kingdom of Spain** |
| c/o | c/o |
| Mr. Simon Roderick | Mr. José Manuel Gutiérrez Delgado |
| Mr. Yacine Francis | Ms. María José Ruiz Sánchez |
| Ms. Marie Stoyanov | Mr. Pablo Elena Abad |
| Ms. Naomi Briercliffe | Mr. Rafael Gil Nievas |
| Mr. Peter Plachy | Mr. Alberto Torró Molés |
| Allen & Overy LLP | Ms. Elena Oñoro Sainz |
| 11th Floor, Burj Daman Building, | Mr. Mariano Rojo Pérez |
| Happiness Street | Ms. Gloria María de la Guardia Limeres |
| Dubai International Financial Centre | Mr. Juan Antonio Quesada |
| Dubai | Ms. Ana María Rodriguez Esquivias |
| United Arab Emirates | Mr. Javier Comerón Herrero |
| | Ms. Eugenia Cediel Bruno |
| | Abogacía General del Estado |
| | Ministry of Justice of the Government of Spain |
| | c/ Marqués de la Ensenada, 14-16, 2ª planta |
| | 28004, Madrid |
| | Spain |

**Re: Masdar Solar & Wind Cooperatief U.A. v. Kingdom of Spain**
(ICSID Case No. ARB/14/1) – Annulment Proceeding

Dear Sirs and Mesdames,

Further to our letter of November 8, 2019, I write to inform you that Mr. Kapyou (Kevin) Kim has accepted his appointment as President of the *ad hoc* Committee in the above-captioned case. Please find attached a copy of Mr. Kim's declaration pursuant to ICSID Arbitration Rule 6(2).

The vacancy created on the *ad hoc* Committee following the resignation of Mr. Makhdoom Ali Khan on October 9, 2019, has thus been filled.

In accordance with ICSID Arbitration Rule 12, the annulment proceeding resumes from the point it had reached at the time the vacancy occurred.

Your sincerely,

Meg Kinnear
Secretary-General

cc (by email): *ad hoc* Committee