# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A., <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-2254 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 18, 2019, Petitioner Masdar Solar & Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain") (collectively "the Parties") submit the following status report regarding proceedings before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. On December 4, 2019, the ICSID *ad hoc* annulment committee held a hearing on the question of whether to continue the stay of enforcement of the Award.

2. Yesterday, on December 16, 2019 Spain submitted its Memorial on Annulment to the ICSID *ad hoc* annulment committee.

| | |
|---|---|
| Dated: December 17, 2019 | Respectfully submitted, |
| MASDAR SOLAR & WIND COOPERATIEF U.A. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Jacob S. Pultman | /s/ Nicholas M. Renzler |
| | Derek C. Smith (D.C. Bar No. 468674) |
| ALLEN & OVERY LLP | dcsmith@foleyhoag.com |
| | Nicholas M. Renzler (D.C. Bar No. 983359) |
| John Roberti | nrenzler@foleyhoag.com |
| 1101 New York Avenue, NW | Diana Tsutieva (D.C. Bar No. 1007818) |
| Washington, DC 20005 | dtsutieva@foleyhoag.com |
| Telephone: 202-683-3800 | FOLEY HOAG LLP |
| Facsimile:  202-683-399 | 1717 K Street, NW |
| | Washington, DC 20006-5350 |
| Jacob S. Pultman (*pro hac vice*) | Tel:  202-223-1200 |
| Bradley S. Pensyl (*pro hac vice*) | Fax: 202-785-6687 |
| 1221 Avenue of the Americas | |
| New York, New York 10020 | Andrew Z. Schwartz (D.D.C. Bar No. MA0017) |
| Tel: 212-610-6300 | aschwartz@foleyhoag.com |
| | Andrew B. Loewenstein (D.D.C. Bar No. MA0018) |
| *Attorneys for Petitioner* | aloewenstein@foleyhoag.com |
| | FOLEY HOAG LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |
| | Tel:  617-832-1000 |
| | Fax: 617-832-7000 |
| | |
| | *Attorneys for Respondent* |