UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A., <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-2254 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 18, 2019, Petitioner Masdar Solar & Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain") (collectively "the Parties") submit the following status report regarding proceedings before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. Pursuant to an agreement between the Parties, on January 15, 2020, each Party presented supplemental legal authorities to the ICSID *ad hoc* annulment committee in connection with Spain's application for a stay.

2. On January 23, 2020, each Party submitted comments on the supplemental legal authorities.

3. Between January 27, 2020 and February 15, 2020, Spain and Masdar submitted additional materials and comments to the Committee pertaining to Spain's application for a continuation of the stay of enforcement.

1

| | |
|---|---|
| Dated: February 18, 2020 | Respectfully submitted, |
| MASDAR SOLAR & WIND COOPERATIEF U.A. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Jacob S. Pultman | /s/ Nicholas M. Renzler |
| | Derek C. Smith (D.C. Bar No. 468674) |
| ALLEN & OVERY LLP | dcsmith@foleyhoag.com |
| | Nicholas M. Renzler (D.C. Bar No. 983359) |
| John Roberti | nrenzler@foleyhoag.com |
| 1101 New York Avenue, NW | Diana Tsutieva (D.C. Bar No. 1007818) |
| Washington, DC 20005 | dtsutieva@foleyhoag.com |
| Telephone: 202-683-3800 | FOLEY HOAG LLP |
| Facsimile: 202-683-399 | 1717 K Street, NW |
| | Washington, DC 20006-5350 |
| Jacob S. Pultman (*pro hac vice*) | Tel: 202-223-1200 |
| Bradley S. Pensyl (*pro hac vice*) | Fax: 202-785-6687 |
| 1221 Avenue of the Americas | |
| New York, New York 10020 | Andrew Z. Schwartz (D.D.C. Bar No. MA0017) |
| Tel: 212-610-6300 | aschwartz@foleyhoag.com |
| | Andrew B. Loewenstein (D.D.C. Bar No. MA0018) |
| *Attorneys for Petitioner* | aloewenstein@foleyhoag.com |
| | FOLEY HOAG LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |
| | Tel: 617-832-1000 |
| | Fax: 617-832-7000 |
| | |
| | *Attorneys for Respondent* |