**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A., | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 1:18-cv-2254 (JEB) |
| THE KINGDOM OF SPAIN, | ) ) |
| Respondent. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 18, 2019, Petitioner Masdar Solar &

Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain")

(collectively "the Parties") submit the following status report regarding proceedings before the

International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at

issue in this case.

The Parties have no updates to report.

Dated: March 16, 2020

MASDAR SOLAR & WIND
COOPERATIEF U.A.

By its attorneys,

/s/ Jacob S. Pultman

ALLEN & OVERY LLP

John Roberti
1101 New York Avenue, NW
Washington, DC 20005
Telephone: 202-683-3800
Facsimile:  202-683-399

Jacob S. Pultman (*pro hac vice*)
Bradley S. Pensyl (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300

*Attorneys for Petitioner*

Respectfully submitted,

KINGDOM OF SPAIN

By its attorneys,

/s/ Nicholas M. Renzler
Derek C. Smith (D.C. Bar No. 468674)
dcsmith@foleyhoag.com
Nicholas M. Renzler (D.C. Bar No. 983359)
nrenzler@foleyhoag.com
Diana Tsutieva (D.C. Bar No. 1007818)
dtsutieva@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202-223-1200
Fax: 202-785-6687

Andrew Z. Schwartz (D.D.C. Bar No.
   MA0017)
aschwartz@foleyhoag.com
Andrew B. Loewenstein (D.D.C. Bar No.
   MA0018)
aloewenstein@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel:  617-832-1000
Fax: 617-832-7000

*Attorneys for Respondent*