UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A.,<br><br>    Petitioner,<br><br>  v.<br><br>THE KINGDOM OF SPAIN,<br><br>    Respondent. | Civil Action No. 1:18-cv-2254 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 18, 2019, Petitioner Masdar Solar & Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain") (collectively "the Parties") submit the following status report regarding proceedings before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. On April 22, 2020, the *ad hoc* Annulment Committee granted the European Commission's Request to present an *amicus curiae* submission.

2. April 23, 2020, Masdar presented its Counter-Memorial on Annulment.

3. On the same day, Masdar applied for a declaration that certain arguments, authorities and evidence (including Spain's legal expert report) are inadmissible and be struck from the record. Masdar also responded to Spain's application to introduce a new quantum expert report to the record. Spain has since opposed Masdar's application.

| | |
|---|---|
| Dated: May 15, 2020 | Respectfully submitted, |
| MASDAR SOLAR & WIND COOPERATIEF U.A. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Jacob S. Pultman | /s/ Nicholas M. Renzler |
| | Derek C. Smith (D.C. Bar No. 468674) |
| ALLEN & OVERY LLP | dcsmith@foleyhoag.com |
| | Nicholas M. Renzler (D.C. Bar No. 983359) |
| John Roberti | nrenzler@foleyhoag.com |
| 1101 New York Avenue, NW | Diana Tsutieva (D.C. Bar No. 1007818) |
| Washington, DC 20005 | dtsutieva@foleyhoag.com |
| Telephone: 202-683-3800 | FOLEY HOAG LLP |
| Facsimile: 202-683-399 | 1717 K Street, NW |
| | Washington, DC 20006-5350 |
| Jacob S. Pultman (*pro hac vice*) | Tel: 202-223-1200 |
| Bradley S. Pensyl (*pro hac vice*) | Fax: 202-785-6687 |
| 1221 Avenue of the Americas | |
| New York, New York 10020 | Andrew Z. Schwartz (D.D.C. Bar No. MA0017) |
| Tel: 212-610-6300 | aschwartz@foleyhoag.com |
| | Andrew B. Loewenstein (D.D.C. Bar No. MA0018) |
| *Attorneys for Petitioner* | aloewenstein@foleyhoag.com |
| | FOLEY HOAG LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |
| | Tel: 617-832-1000 |
| | Fax: 617-832-7000 |
| | *Attorneys for Respondent* |