UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A., <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-2254 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 18, 2019, Petitioner Masdar Solar & Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain") submit the following status report regarding proceedings (the "Proceedings") before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. On May 29, 2020, the European Commission submitted an *Amicus Curiae* Brief to ICSID.

2. On June 5, 2020, the *ad hoc* Committee (the "Committee") issued Procedural Order No. 4. In that order, the Committee granted Spain leave to submit a concise quantum report, and denied Masdar's requests to declare inadmissible certain arguments submitted by Spain and its expert, Professor Gosalbo.

3. On June 10, 2020, Masdar provided Spain with a written undertaking pursuant to the Committee's Procedural Order No. 3, which lifted the Stay of Enforcement of the Award.

4. On June 12, 2020, Spain submitted an application for leave to introduce certain evidence into the record of the annulment proceedings.

| | |
|---|---|
| Dated: June 15, 2020 | Respectfully submitted, |
| MASDAR SOLAR & WIND COOPERATIEF U.A. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| /s/ Bradley S. Pensyl | /s/ Derek C. Smith |
| ALLEN & OVERY LLP | Derek C. Smith (D.C. Bar No. 468674) |
| | dcsmith@foleyhoag.com |
| John Roberti | Nicholas M. Renzler (D.C. Bar No. 983359) |
| 1101 New York Avenue, NW | nrenzler@foleyhoag.com |
| Washington, DC 20005 | Diana Tsutieva (D.C. Bar No. 1007818) |
| Telephone: 202-683-3800 | dtsutieva@foleyhoag.com |
| Facsimile: 202-683-399 | FOLEY HOAG LLP |
| | 1717 K Street, NW |
| Jacob S. Pultman (*pro hac vice*) | Washington, DC 20006-5350 |
| Bradley S. Pensyl (*pro hac vice*) | Tel: 202-223-1200 |
| 1221 Avenue of the Americas | Fax: 202-785-6687 |
| New York, New York 10020 | |
| Tel: 212-610-6300 | Andrew Z. Schwartz (D.D.C. Bar No. MA0017) |
| | aschwartz@foleyhoag.com |
| *Attorneys for Petitioner* | Andrew B. Loewenstein (D.D.C. Bar No. MA0018) |
| | aloewenstein@foleyhoag.com |
| | FOLEY HOAG LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |
| | Tel: 617-832-1000 |
| | Fax: 617-832-7000 |
| | *Attorneys for Respondent* |