UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASDAR SOLAR & WIND COOPERATIEF U.A., <br><br> Petitioner, <br><br> v. <br><br> THE KINGDOM OF SPAIN, <br><br> Respondent. | Civil Action No. 1:18-cv-2254 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Orders dated September 18, 2019 and September 30, 2020, Petitioner Masdar Solar & Wind Cooperatief U.A. ("Masdar") and Respondent the Kingdom of Spain ("Spain") (collectively "the Parties") submit the following status report regarding proceedings before the International Centre for the Settlement of Investment Disputes ("ICSID") to annul the Award at issue in this case.

1. On September 10, 2020, at the Parties' request, the ICSID *ad hoc* annulment committee suspended the annulment proceedings until October 9, 2020. The Parties are to inform the annulment committee by October 9, 2020 if they wish to extend the suspension.

2. In the same decision, the annulment committee rescheduled the deadline for Masdar to submit its Rejoinder on Annulment to November 16, 2020.

The Parties apologize to the Court for their oversight in not submitting a joint status report in September 2020, as ordered.

1

| | |
|---|---|
| Dated: October 1, 2020 | Respectfully submitted, |
| MASDAR SOLAR & WIND COOPERATIEF U.A. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |

<table>
<tr><td>

/s/ Jacob S. Pultman

ALLEN & OVERY LLP

John Roberti
1101 New York Avenue, NW
Washington, DC 20005
Telephone: 202-683-3800
Facsimile:  202-683-399

Jacob S. Pultman (*pro hac vice*)
Bradley S. Pensyl (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300

*Attorneys for Petitioner*

</td><td>

/s/ Nicholas M. Renzler
Derek C. Smith (D.C. Bar No. 468674)
dcsmith@foleyhoag.com
Nicholas M. Renzler (D.C. Bar No. 983359)
nrenzler@foleyhoag.com
Diana Tsutieva (D.C. Bar No. 1007818)
dtsutieva@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC 20006-5350
Tel:  202-223-1200
Fax: 202-785-6687

Andrew Z. Schwartz (D.D.C. Bar No. MA0017)
aschwartz@foleyhoag.com
Andrew B. Loewenstein (D.D.C. Bar No. MA0018)
aloewenstein@foleyhoag.com
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Tel:  617-832-1000
Fax: 617-832-7000

*Attorneys for Respondent*

</td></tr>
</table>