UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASDAR SOLAR & WIND COOPERATIEF U.A.,

    Petitioner,

v.

THE KINGDOM OF SPAIN,

    Respondent.

Civil Action No. 1:18-cv-2254 (JEB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is HEREBY STIPULATED AND AGREED by and between Petitioner Masdar Solar & Wind Cooperatief U.A. and Respondent the Kingdom of Spain, that the above-captioned action is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without right of appeal. Each party shall be responsible for paying its own attorneys' fees and costs associated with this action.

| | |
|---|---|
| Dated: November 16, 2020 | Respectfully submitted, |
| MASDAR SOLAR & WIND COOPERATIEF U.A. | KINGDOM OF SPAIN |
| By its attorneys, | By its attorneys, |
| */s/ Bradley S. Pensyl* | */s/ Derek C. Smith* |
| | Derek C. Smith (D.C. Bar No. 468674) |
| ALLEN & OVERY LLP | dcsmith@foleyhoag.com |
| | Nicholas M. Renzler (D.C. Bar No. 983359) |
| John Roberti | nrenzler@foleyhoag.com |
| 1101 New York Avenue, NW | Diana Tsutieva (D.C. Bar No. 1007818) |
| Washington, DC 20005 | dtsutieva@foleyhoag.com |
| Telephone: 202-683-3800 | FOLEY HOAG LLP |
| Facsimile:  202-683-399 | 1717 K Street, NW |
| | Washington, DC 20006-5350 |
| Jacob S. Pultman (*pro hac vice*) | Tel:  202-223-1200 |
| Bradley S. Pensyl (*pro hac vice*) | Fax: 202-785-6687 |
| 1221 Avenue of the Americas | |
| New York, New York 10020 | Andrew Z. Schwartz (D.D.C. Bar No. MA0017) |
| Tel: 212-610-6300 | aschwartz@foleyhoag.com |
| | Andrew B. Loewenstein (D.D.C. Bar No. MA0018) |
| *Attorneys for Petitioner* | aloewenstein@foleyhoag.com |
| | FOLEY HOAG LLP |
| | Seaport West |
| | 155 Seaport Boulevard |
| | Boston, MA 02210-2600 |
| | Tel:  617-832-1000 |
| | Fax: 617-832-7000 |
| | *Attorneys for Respondent* |